IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEENE,

        Plaintiff,                        No. CIV S-07-0206 FCD GGH P

    vs.

CHIEF MEDICAL OFFICER
HAWKINS, et al.,

        Defendants.

                        /              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2007, the court found that the amended complaint filed March 20, 2007, stated a colorable claim for relief. The court ordered plaintiff to complete and return the forms necessary to effect service.

        Plaintiff did not complete and return the forms necessary to effect service of the amended complaint. Instead, on June 4, 2007, plaintiff filed a second amended complaint. The second amended complaint is identical to the first amended complaint but that it increases the amount sought in damages. Good cause appearing, the court orders service of the second amended complaint.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Akintola, Hashimoto, Hawkins, Pepper.

2. The Clerk of the Court shall send plaintiff 4USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed June 4, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Five copies of the endorsed second amended complaint filed June 4, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 6/27/07                               /s/ Gregory G. Hollows
                                             UNITED STATES MAGISTRATE JUDGE

ke206.ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEENE,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHIEF MEDICAL OFFICER<br>HAWKINS, et al.,<br><br>        Defendants.<br>_____/ | No. CIV S-07-0206 FCD GGH P<br><br><u>NOTICE OF SUBMISSION</u><br><br><u>OF DOCUMENTS</u> |

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____

            Complaint/Amended Complaint

DATED:

                                         _____

                                         Plaintiff