IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEENE,

    Plaintiff,               No. CIV S-07-0206 FCD GGH P

    vs.

CHIEF MEDICAL OFFICER, et al.,

    Defendants.        <u>ORDER</u>

                                    /

        On March 31, 2008, plaintiff filed a motion to "join and consolidate all parties in the interest of justice and judicial economy." In this motion, plaintiff requests that this action be set for trial.

        On March 7, 2008, defendant Pepper answered the complaint. On April 3, 2008, defendants Hoshimto, Hawkins and Akintola answered the complaint. These defendants have also filed oppositions to the pending motion.

        The court will shortly issue a scheduling order setting forth the dates for discovery cut-off, pretrial motions, pretrial conference and jury trial. Plaintiff's request that this action be set for trial at this time is premature. Accordingly, the March 31, 2008, motion is denied.

/////

/////

1

1 Accordingly, IT IS HEREBY ORDERED that plaintiff's March 31, 2008, motion
2 to join is denied.
3 DATED: 05/13/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

ke206.ord